11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of M.R., a child,        * From the 161st District
Court of Ector County,
Trial Court No. B-2980-PC.

No. 11-13-00029-CV               * July 25, 2013

                                 * Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the trial court's order is reversed with respect to the mother insofar as the order terminated her parental rights, and the cause is remanded to the district court for further proceedings regarding the mother's parental rights. Any proceeding on remand must be commenced within 180 days of this court's mandate. TEX. R. APP. P. 28.4. The order of the trial court terminating the father's parental rights is affirmed.